| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **James R. Bordeaux** | | Social Security number or ITIN | **xxx–xx–1467** |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | | Date case filed for chapter 13 | 5/14/18 |
| Case number: | 18–21954–GLT | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case         12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | James R. Bordeaux | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 106 Grandvue Drive<br>Beaver, PA 15009 | |
| 4. | **Debtor's attorney**<br>Name and address | Lauren M. Lamb<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor – Gulf Tower<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br><br>Email: llamb@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 6/5/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 16, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 9/14/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/23/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/13/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**7/16/18** at **10:00 AM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-21954-GLT
James R. Bordeaux                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: culy              Page 1 of 2           Date Rcvd: Jun 05, 2018
                               Form ID: 309I           Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2018.
```
db         +James R. Bordeaux,    106 Grandvue Drive,    Beaver, PA 15009-9779
aty        +James Warmbrodt,    KML Law Group, P.C.,   701 Market Street,    Suite 5000,
             Philadelphia, PA 19106-1541
aty        +Keri P. Ebeck,    Bernstein-Burkley,   707 Grant Street,    Suite 2200 Gulf Tower,
             Pittsburgh, PA 15219-1945
tr         +Ronda J. Winnecour,    Suite 3250, USX Tower,   600 Grant Street,    Pittsburgh, PA 15219-2702
14832018    Columbia Gas,    P. O. Box 163250,   Columbus, OH 43216-3250
14852155   +Global Lending Services LLC,    1200 Brookfield Blvd Ste 300,
             Greenville, South Carolina 29607-6583
14832021    Heritage Valley,    P.O. Box 900,   Beaver, PA 15009
14832023    Med Express,    P. O. Box 635636,   Cincinnati, OH 45263-5636
14832024   #Pacific Union Financial,    8900 Freeport Pkwy Ste 150,    Irving, TX 75063-2415
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: llamb@steidl-steinberg.com Jun 06 2018 02:12:53      Lauren M. Lamb,
             Steidl & Steinberg,   707 Grant Street,    28th Floor - Gulf Tower,    Pittsburgh, PA  15219
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 06 2018 02:13:25      Pennsylvania Dept. of Revenue,
             Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA  17128-0946
ust        +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jun 06 2018 02:13:27
             Office of the United States Trustee,    Liberty Center.,   1001 Liberty Avenue, Suite 970,
             Pittsburgh, PA 15222-3721
cr         +E-mail/Text: kburkley@bernsteinlaw.com Jun 06 2018 02:13:50      Duquesne Light Company,
             c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
             Pittsburgh, PA 15219-1945
14832019    E-mail/Text: kburkley@bernsteinlaw.com Jun 06 2018 02:13:50      Duquesne Light,    Po Box 1930,
             Pittsburgh, PA 15230
14832022    EDI: IRS.COM Jun 06 2018 06:08:00      Internal Revenue Service,    PO Box 7346,
             Philadelphia, PA 19101-7346
14832025   +E-mail/Text: bankruptcydepartment@tsico.com Jun 06 2018 02:13:42      Transworld Systems,
             PO Box 15520,   Wilmington, DE 19850-5520
                                                                                              TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Pacific Union Financial, LLC
14856037*      ++BERNSTEIN LAW FIRM,    707 GRANT ST,   STE 2200 GULF TOWER,    PITTSBURGH PA 15219-1900
                (address filed with court:  Duquesne Light,    Po Box 1930,    Pittsburgh, PA 15230)
14856036*       Columbia Gas,    P. O. Box 163250,   Columbus, OH 43216-3250
14856038*      +Global Lending Services,    5 Concourse Parkway N. E.,    Suite 2925,    Atlanta, GA 30328-7104
14856039*       Heritage Valley,    P.O. Box 900,   Beaver, PA 15009
14856040*       Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
14856041*       Med Express,    P. O. Box 635636,   Cincinnati, OH 45263-5636
14856042*       Pacific Union Financial,    8900 Freeport Pkwy Ste 150,    Irving, TX 75063-2415
14832026*      +Transworld Systems,    PO Box 15520,   Wilmington, DE 19850-5520
14856043*      +Transworld Systems,    PO Box 15520,   Wilmington, DE 19850-5520
14856044*      +Transworld Systems,    PO Box 15520,   Wilmington, DE 19850-5520
14832020     ##+Global Lending Services,    5 Concourse Parkway N. E.,    Suite 2925,    Atlanta, GA 30328-7104
                                                                                         TOTALS: 1, * 10, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2           User: culy                 Page 2 of 2                   Date Rcvd: Jun 05, 2018
                               Form ID: 309I              Total Noticed: 16
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Lauren M. Lamb    on behalf of Debtor James R. Bordeaux
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
               brose@steidl-steinberg.com;cgoga@steidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```