Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**James R. Bordeaux**
Debtor(s)

Bankruptcy Case No.: 18–21954–GLT
Issued Per 7/16/2018 Proceeding
Chapter: 13
Docket No.: 24 – 15
Concil. Conf.: December 6, 2018 at 11:30 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated May 31, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Dec. 6, 2018 at 11:30 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: CLaim No. 3 of Pacific Union Financial .

☑ H.    Additional Terms: The secured claim(s) of the following Creditor(s) shall govern as to claim amount, to be paid at the modified plan terms: Claim No. 1 of Global Lending Services.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: July 19, 2018

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-21954-GLT
James R. Bordeaux                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dbas            Page 1 of 2            Date Rcvd: Jul 19, 2018
                            Form ID: 149          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2018.
```
db             +James R. Bordeaux,    106 Grandvue Drive,    Beaver, PA 15009-9779
14882045       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court:   COLUMBIA GAS OF PENNSYLVANIA,    PO BOX 117,    COLUMBUS, OH 43216)
14832018        Columbia Gas,    P. O. Box 163250,    Columbus, OH 43216-3250
14880878        Directv, LLC,   by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL 60197-5008
14852155       +Global Lending Services LLC,    1200 Brookfield Blvd Ste 300,
                 Greenville, South Carolina 29607-6583
14832021        Heritage Valley,    P.O. Box 900,    Beaver, PA 15009
14832023        Med Express,    P. O. Box 635636,    Cincinnati, OH 45263-5636
14832024       #Pacific Union Financial,    8900 Freeport Pkwy Ste 150,    Irving, TX 75063-2415
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14832019        E-mail/Text: kburkley@bernsteinlaw.com Jul 20 2018 02:28:03     Duquesne Light,    Po Box 1930,
                 Pittsburgh, PA 15230
14883271       +E-mail/Text: kburkley@bernsteinlaw.com Jul 20 2018 02:28:03     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14832022        E-mail/Text: cio.bncmail@irs.gov Jul 20 2018 02:26:57     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
14872803        E-mail/PDF: cbp@onemainfinancial.com Jul 20 2018 02:20:29     ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14872910       +E-mail/Text: bankruptcy@loanpacific.com Jul 20 2018 02:28:15     Pacific Union Financial, LLC,
                 1603 LBJ Freeway Suite 500,    Farmers Branch, TX 75234-6071
14832025       +E-mail/Text: bankruptcydepartment@tsico.com Jul 20 2018 02:28:01     Transworld Systems,
                 PO Box 15520,    Wilmington, DE 19850-5520
14880859        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 20 2018 02:34:01     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                              TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Pacific Union Financial, LLC
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
14856037*      ++BERNSTEIN LAW FIRM,    707 GRANT ST,    STE 2200 GULF TOWER,    PITTSBURGH PA 15219-1900
                 (address filed with court:   Duquesne Light,    Po Box 1930,    Pittsburgh, PA 15230)
14856036*       Columbia Gas,    P. O. Box 163250,    Columbus, OH 43216-3250
14856038*      +Global Lending Services,    5 Concourse Parkway N. E.,    Suite 2925,    Atlanta, GA 30328-7104
14856039*       Heritage Valley,    P.O. Box 900,    Beaver, PA 15009
14856040*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
14856041*       Med Express,    P. O. Box 635636,    Cincinnati, OH 45263-5636
14856042*       Pacific Union Financial,    8900 Freeport Pkwy Ste 150,    Irving, TX 75063-2415
14832026*      +Transworld Systems,    PO Box 15520,    Wilmington, DE 19850-5520
14856043*      +Transworld Systems,    PO Box 15520,    Wilmington, DE 19850-5520
14856044*      +Transworld Systems,    PO Box 15520,    Wilmington, DE 19850-5520
14832020       ##+Global Lending Services,    5 Concourse Parkway N. E.,    Suite 2925,    Atlanta, GA 30328-7104
                                                                              TOTALS: 1, * 11, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: dbas              Page 2 of 2            Date Rcvd: Jul 19, 2018
                              Form ID: 149            Total Noticed: 15
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Lauren M. Lamb    on behalf of Debtor James R. Bordeaux
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
               brose@steidl-steinberg.com;cgoga@steidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```