# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | JAMES R. BORDEAUX |
| **Case Number:** | 18-21954-GLT    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 06, 2018 11:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### *Matter:*

#15 - Final Confirmation of Plan Dated 5/31/2018 (NFC)
R / M #: 15 / 0

### *Appearances:*

Debtor: Lamb
Trustee: Winnecour / Pail / Katz / **(DeSimone)**
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __✓__ An Amended Plan is to be served on all creditors and certificate of service filed by __12-20-18__.
   Objections are due on or before __1-10-19__.
   A hearing on the Amended Plan is set for __1-31-19__ at __1:30__.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

11/30/2018  3:35:20PM