IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| James R. Bordeaux, | ) | Case No. 18-21954 |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| James R. Bordeaux, | ) | Related to Document No. 35 |
| Social Security No. XXX-XX-1467 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Peoples Natural Gas Company and Ronda J. | ) | |
| Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 24, 2018, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee                       James R. Bordeaux
Suite 3250 – US Steel Tower                        106 Grandvue Drive
600 Grant Street                                          Beaver, PA 15009
Pittsburgh, PA 15219

Peoples Natural Gas Company
Attn: Payroll Dept.
375 North Shore Drive
Pittsburgh, PA 15212

Date of Service:        December 24, 2018        /s/ Lauren M. Lamb
                                                              Lauren M. Lamb, Esquire
                                                              STEIDL & STEINBERG
                                                              28th Floor, Gulf Tower
                                                              707 Grant Street
                                                              Pittsburgh, PA 15219
                                                              (412) 391-8000
                                                              PA I.D. 209201