**Form 235**

**UNITED STATES BANKRUPTCY COURT**　　37 – 32
**WESTERN DISTRICT OF PENNSYLVANIA**　　dbas

| | |
|---|---|
| In re: | : Bankruptcy Case No.: 18–21954–GLT |
| | : |
| | : Chapter: 13 |
| | : Issued per the January 31, 2019 Proceeding |
| **James R. Bordeaux** | |
|     Debtor(s) | |

**ORDER OF COURT CONFIRMING PLAN
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.)*　**PLAN CONFIRMATION:**

     IT IS HEREBY ORDERED that the Plan dated December 19, 2018 is CONFIRMED. A copy of this plan was previously mailed to you.

*(2.)*　**IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:**

**A.**　　**Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**　　**Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**　　**Review of Claims Docket and Objections to Claims.** Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response.

**D.**　　**Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**　　**Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*　**IT IS FURTHER ORDERED THAT:**

**A.**　　After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**　　Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: February 1, 2019
cc: All Parties in Interest to be served by Clerk in seven (7) days

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                             Case No. 18-21954-GLT
James R. Bordeaux                                                  Chapter 13
         Debtor
                                CERTIFICATE OF NOTICE
District/off: 0315-2          User: dbas                  Page 1 of 2              Date Rcvd: Feb 01, 2019
                              Form ID: 235                Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2019.
db             +James R. Bordeaux,    106 Grandvue Drive,    Beaver, PA 15009-9779
14882045      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court:   COLUMBIA GAS OF PENNSYLVANIA,    PO BOX 117,   COLUMBUS, OH 43216)
14832018        Columbia Gas,    P. O. Box 163250,    Columbus, OH 43216-3250
14880878        Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL 60197-5008
14832020       #+Global Lending Services,    5 Concourse Parkway N. E.,    Suite 2925,   Atlanta, GA 30328-7104
14832021        Heritage Valley,    P.O. Box 900,    Beaver, PA 15009
14832023        Med Express,    P. O. Box 635636,    Cincinnati, OH 45263-5636
14832024       #Pacific Union Financial,    8900 Freeport Pkwy Ste 150,    Irving, TX 75063-2415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14832019        E-mail/Text: kburkley@bernsteinlaw.com Feb 02 2019 03:11:36     Duquesne Light,   Po Box 1930,
                 Pittsburgh, PA 15230
14883271       +E-mail/Text: kburkley@bernsteinlaw.com Feb 02 2019 03:11:36     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14852155        E-mail/Text: bankruptcy@glsllc.com Feb 02 2019 03:10:41     Global Lending Services LLC,
                 1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
14832022        E-mail/Text: cio.bncmail@irs.gov Feb 02 2019 03:10:48     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
14872803        E-mail/PDF: cbp@onemainfinancial.com Feb 02 2019 03:15:50     ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14883928        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 02 2019 03:14:58
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14872910       +E-mail/Text: bankruptcy@loanpacific.com Feb 02 2019 03:11:41     Pacific Union Financial, LLC,
                 1603 LBJ Freeway Suite 500,    Farmers Branch, TX 75234-6071
14832025       +E-mail/Text: bankruptcydepartment@tsico.com Feb 02 2019 03:11:33     Transworld Systems,
                 PO Box 15520,    Wilmington, DE 19850-5520
14880859        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 02 2019 03:31:38     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK 73124-8838
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Pacific Union Financial, LLC
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
14856037*     ++BERNSTEIN LAW FIRM,    707 GRANT ST,   STE 2200 GULF TOWER,    PITTSBURGH PA 15219-1900
                 (address filed with court:   Duquesne Light,    Po Box 1930,    Pittsburgh, PA 15230)
14856036*       Columbia Gas,    P. O. Box 163250,    Columbus, OH 43216-3250
14856038*      +Global Lending Services,    5 Concourse Parkway N. E.,    Suite 2925,   Atlanta, GA 30328-7104
14856039*       Heritage Valley,    P.O. Box 900,    Beaver, PA 15009
14856040*       Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
14856041*       Med Express,    P. O. Box 635636,    Cincinnati, OH 45263-5636
14856042*       Pacific Union Financial,    8900 Freeport Pkwy Ste 150,    Irving, TX 75063-2415
14832026*      +Transworld Systems,    PO Box 15520,    Wilmington, DE 19850-5520
14856043*      +Transworld Systems,    PO Box 15520,    Wilmington, DE 19850-5520
14856044*      +Transworld Systems,    PO Box 15520,    Wilmington, DE 19850-5520
                                                                                   TOTALS: 1, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2019                           Signature:  /s/Joseph Speetjens

```
District/off: 0315-2              User: dbas              Page 2 of 2              Date Rcvd: Feb 01, 2019
                                  Form ID: 235            Total Noticed: 17
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2019 at the address(es) listed below:

```
          James  Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           DMcKay@bernsteinlaw.com
          Lauren M. Lamb    on behalf of Debtor James R. Bordeaux
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;dambrose@steidl-steinberg.com;cgoga@s
           teidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
           dl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```