## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| James R. Bordeaux, | ) | Case No. 18-21954 GLT |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Docket No. |
| James R. Bordeaux, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Department of Treasury | ) | |
| Internal Revenue Service, | ) | |
| | ) | |
| Respondent | ) | |

### <u>AMENDED CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on June 21, 2019, a true and correct copy of the *Notice of Hearing along with the Objection to Respondent's Duplicate Claims* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Internal Revenue Service
Attn: Jessica, Insolvency Manager
1000 Liberty Avenue M/S 711B
Pittsburgh, Pa 15222

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Department of the Tresaury
Internal Revenue Service
PO Box 7346
Philadelphia, Pa 19101-7346

Date of Service: June 21, 2019

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Llamb@steidl-steinberg.com
PA I.D. No. 209201