```
                                                                    FILED
                                                                    6/25/19 12:20 pm
                IN THE UNITED STATES BANKRUPTCY COURT               CLERK
             FOR THE WESTERN DISTRICT OF PENNSYVLANIA               U.S. BANKRUPTCY
                                                                    COURT - WDPA
```

IN RE:                                  )
                                        ) Bankruptcy No. 18-21954-GLT
JAMES R. BORDEAUX                       )
                                        ) Chapter 13
              Debtor,                   )
                                        ) Document No. 50
UNITED STATES OF AMERICA,               )
INTERNAL REVENUE SERVICE,               )
                                        )
              Movant,                   )
                                        )
     v.                                 )
                                        )
JAMES R. BORDEAUX                       )
                                        )
              Respondent.               )

### WITHDRAWAL OF CLAIM NUMBER 10 BY
### UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE

The Internal Revenue Service, by and through its undersigned counsel, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Jill Locnikar, Assistant U.S. Attorney, hereby withdraws Claim No. 10 filed in the above-captioned case.

                                          SCOTT W. BRADY
                                        United States Attorney

Dated: 6/25/2019                         BY:    */s/ Jill Locnikar*
                                        Assistant U.S. Attorney
                                        United States Attorney's Off.
                                        700 Grant Street, Suite 4000
                                        Pittsburgh, PA 15219
                                        Tel: (412) 894-7429
                                        PA I.D. NO. 85892

Dated: 6/25/19

                    IT IS SO ORDERED,

                    _____, J.
                    GREGORY L. TADDONIO
                    UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 18-21954-GLT
James R. Bordeaux                                                                               Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy                Page 1 of 1           Date Rcvd: Jun 25, 2019
                       Form ID: pdf900            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2019.
db          +James R. Bordeaux,    106 Grandvue Drive,    Beaver, PA 15009-9779
cr          +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
              U.S. Post Office & Courthouse,    700 Grant Street, Suite 4000,    Pittsburgh, PA  15219,
              U.S.A. 15219-1956

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2019                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2019 at the address(es) listed below:
      James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
       bkgroup@kmllawgroup.com
      James  Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
      Jill  Locnikar    on behalf of Creditor   United States of America Department of the Treasury,
       Internal Revenue Service jill.locnikar@usdoj.gov,
       patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
      Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
       jbluemle@bernsteinlaw.com
      Lauren M. Lamb    on behalf of Debtor James R. Bordeaux
       julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
       teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
       dl-steinberg.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                       TOTAL: 7