**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JAMES R. BORDEAUX | Case No.:18-21954 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>     Movant<br>  vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 28, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 05/14/2018 and confirmed on 7/19/18 . The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 157,807.66 |
| Less Refunds to Debtor | 4,826.26 | |
| TOTAL AMOUNT OF PLAN FUND | | 152,981.40 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 7,106.67 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,506.67 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 0.00 | 90,270.06 | 0.00 | 90,270.06 |
|     Acct: 6024 | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 13,858.63 | 13,858.63 | 0.00 | 13,858.63 |
|     Acct: 6024 | | | | |
|   GLOBAL LENDING SERVICES LLC | 22,593.96 | 22,593.96 | 3,133.25 | 25,727.21 |
|     Acct: 5692 | | | | |
|   ONE MAIN FINANCIAL SERVICES INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6680 | | | | |
| | | | | 129,855.90 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES R. BORDEAUX | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES R. BORDEAUX | 4,826.26 | 4,826.26 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 6,144.96 | 6,144.96 | 0.00 | 6,144.96 |
|     Acct: 1467 | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1467 | | | | |
| | | | | 6,144.96 |
| **Unsecured** | | | | |
|   COLUMBIA GAS OF PA INC(*) | 1,445.05 | 1,445.05 | 0.00 | 1,445.05 |
|     Acct: 4465 | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 809.14 | 809.14 | 0.00 | 809.14 |
|     Acct: 9827 | | | | |
|   HERITAGE VALLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7451 | | | | |
|   MED EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7450 | | | | |
|   TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 8743 | | | | |
| | TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9594 | | | | |
| | INTERNAL REVENUE SERVICE* | 2,187.57 | 2,187.57 | 0.00 | 2,187.57 |
| | Acct: 1467 | | | | |
| | ONE MAIN FINANCIAL SERVICES INC(*) | 141.06 | 141.06 | 0.00 | 141.06 |
| | Acct: 6680 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 749.19 | 749.19 | 0.00 | 749.19 |
| | Acct: 0001 | | | | |
| | DIRECTV LLC BY AMERICAN INFOSOURC | 404.82 | 404.82 | 0.00 | 404.82 |
| | Acct: 1271 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 737.04 | 737.04 | 0.00 | 737.04 |
| | Acct: 8998 | | | | |
| | INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1467 | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 6,473.87 |

TOTAL PAID TO CREDITORS                                                                142,474.73

TOTAL CLAIMED
PRIORITY          6,144.96
SECURED          36,452.59
UNSECURED        6,473.87


Date: 03/28/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JAMES R. BORDEAUX

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-21954

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-21954-GLT
James R. Bordeaux  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 3
Date Rcvd: Mar 29, 2023  Form ID: pdf900  Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James R. Bordeaux, 106 Grandvue Drive, Beaver, PA 15009-9779 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 14882045 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, COLUMBIA GAS OF PENNSYLVANIA, PO BOX 117, COLUMBUS, OH 43216 |
| 14832018 | | Columbia Gas, P. O. Box 163250, Columbus, OH 43216-3250 |
| 14832020 | + | Global Lending Services, 5 Concourse Parkway N. E., Suite 2925, Atlanta, GA 30328-7104 |
| 14832021 | | Heritage Valley, P.O. Box 900, Beaver, PA 15009 |
| 14832023 | | Med Express, P. O. Box 635636, Cincinnati, OH 45263-5636 |
| 14832024 | | Pacific Union Financial, 8900 Freeport Pkwy Ste 150, Irving, TX 75063-2415 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14832019 | | Email/Text: kburkley@bernsteinlaw.com | Mar 29 2023 23:55:00 | Duquesne Light, Po Box 1930, Pittsburgh, PA 15230 |
| 14832022 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 29 2023 23:53:00 | Department of the Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14880878 | | Email/Text: G06041@att.com | Mar 29 2023 23:54:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14883271 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 29 2023 23:55:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14852155 | | Email/Text: bankruptcy@glsllc.com | Mar 29 2023 23:53:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 15028979 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 29 2023 23:53:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14872803 | | Email/PDF: cbp@onemainfinancial.com | Mar 29 2023 23:51:55 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14883928 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2023 23:52:17 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14872910 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 29 2023 23:53:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway Suite 500, Farmers Branch, TX 75234-6071 |
| 14832025 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 29 2023 23:54:00 | Transworld Systems, PO Box 15520, Wilmington, DE 19850-5520 |
| 14880859 | | Email/PDF: ebn_ais@aisinfo.com | Mar 29 2023 23:52:58 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Pacific Union Financial, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14856037 | *P++ | BERNSTEIN LAW FIRM, 707 GRANT ST, STE 2200 GULF TOWER, PITTSBURGH PA 15219-1900, address filed with court:, Duquesne Light, Po Box 1930, Pittsburgh, PA 15230 |
| 14856036 | * | Columbia Gas, P. O. Box 163250, Columbus, OH 43216-3250 |
| 14856038 | *+ | Global Lending Services, 5 Concourse Parkway N. E., Suite 2925, Atlanta, GA 30328-7104 |
| 14856039 | * | Heritage Valley, P.O. Box 900, Beaver, PA 15009 |
| 14856040 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14856041 | * | Med Express, P. O. Box 635636, Cincinnati, OH 45263-5636 |
| 14856042 | * | Pacific Union Financial, 8900 Freeport Pkwy Ste 150, Irving, TX 75063-2415 |
| 14832026 | *+ | Transworld Systems, PO Box 15520, Wilmington, DE 19850-5520 |
| 14856043 | *+ | Transworld Systems, PO Box 15520, Wilmington, DE 19850-5520 |
| 14856044 | *+ | Transworld Systems, PO Box 15520, Wilmington, DE 19850-5520 |

TOTAL: 2 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2023                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
on behalf of Creditor Pacific Union Financial  LLC bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com

Jill Locnikar
on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Lauren M. Lamb
on behalf of Debtor James R. Bordeaux
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com

Maria Miksich
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-2                               User: auto                                    Page 3 of 3
Date Rcvd: Mar 29, 2023                      Form ID: pdf900                              Total Noticed: 19

cmecf@chapter13trusteewdpa.com

TOTAL: 8