# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James R. Bordeaux<br>　　　　　　　　　　Debtor(s)<br><br>NATIONSTAR MORTGAGE LLC<br>　　　　　　　Movant<br>　　　　vs.<br><br>James R. Bordeaux<br>　　　　　　　　　　Debtor(s)<br><br>Ronda J. Winnecour,<br>　　　　　　　Trustee | BK NO. 18-21954 GLT<br><br>Chapter 13<br><br>Related to Claim No. 3 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on April 24, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
James R. Bordeaux
106 Grandvue Drive
Beaver, PA 15009

Attorney for Debtor(s) (via ECF)
Lauren M. Lamb, Esq.
Steidl & Steinberg
707 Grant Street,
28th Floor – Gulf Tower
Pittsburg, PA 15219

Trustee (via ECF)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first-class mail

Dated: April 24, 2023

　　　　　　　　　　　　　　　　　　　　/s/ Brian C. Nicholas
　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 319383
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com